# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                           **CRIMINAL NO. 17-CR-30029-DRH**

**RICHARD ALLEN TURNER,**

    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On October 23, 2017, this Court entered an order for forfeiture (Doc. 32) against defendant Richard Allen Turner, for the following property which had been seized from the defendant:

**One black, Sterling Arms, .22-caliber, semi-automatic pistol, with the serial number A23745, its magazine, and any ammunition.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 26, 2017, and ending November 24, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7),

1

that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture (Doc. 32) filed on October 23, 2017, namely:

**One black, Sterling Arms, .22-caliber, semi-automatic pistol, with the serial number A23745, its magazine, and any ammunition.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

Judge Herndon
2018.04.06 11:58:14
-05'00'

**United States District Judge**